## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERCIA,

    Plaintiff,

v.

TALFANITA M. COBB,

    Defendant.

Case No. 21-CR-30092-SPM-1

## <u>MEMORANDUM AND ORDER</u>

**McGLYNN, District Judge:**

  This matter comes before the Court on Defendant Talfanita M. Cobb's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c) and the United States Sentencing Guidelines Manual § 1B1.10 [hereinafter Guidelines], making Amendment 821 retroactive (Doc. 64). The Government agrees to the Motion.

  The parties agree that the defendant is eligible for a reduction under Part A of Amendment 821, which amended § 4A1.1(e) (2023) and concerns criminal history points ("status points") awarded because a defendant was under a criminal sentence when she committed her offense of conviction. Cobb's total offense level at sentencing was 20 and her criminal history category was I, which provided for a sentencing range of between 33 to 41 months on Counts 1 and 2 and a mandatory minimum consecutive sentence of 24 months on Count 3. The Court imposed a sentence 20 months each on Counts 1 and 2, to run concurrently, and 24 months as to Count 3 for a total of 44 months. (*See* Doc. 59). Pursuant to Amendment 821 in conjunction with Cobb's criminal history score of zero, her total offense level can be reduced from 20 to 18,

resulting in a lower advisory guideline range of 27 to 33 months on Counts 1 and 2 and the same mandatory consecutive 24 months on Count 3. Considering this lowered range, the parties have agreed that a sentence reduction to 16 months on Counts 1 and 2 and the same mandatory consecutive 24 months on Count 3 is appropriate. The Court agrees for the reasons set forth in the Motion.

Accordingly, the Court **GRANTS** the agreed motion (Doc. 64) and reduces the defendant's sentence of imprisonment from 44 months to 40 months on all counts, effective **February 1, 2024**. The Court attaches its standard order (AO Form 247) reflecting the sentence reduction.

**IT IS SO ORDERED.**

**DATED:  January 19, 2024**

<u>*s/ Stephen P. McGlynn*</u>
**STEPHEN P. McGLYNN**
**U.S. District Judge**